UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2004 JUL -2 P 12: 15

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RAYMOND F. BENKOCZY, MICHAEL
ALEX BENKOCZY, II, and MICHAEL ALEX
BENKOCZY, III,

    Plaintiffs,

vs.                                   Case No.    3:04CV174-J-25TEM

THE COUNTY OF COLUMBIA, a County
existing and organized under the laws of the
State of Florida, COUNTY COMMISSIONER
JENNIFER FLINN, in her personal and
professional capacities, et al.

    Defendants.
_____/

### DEFENDANT OWENS AND GALVAN'S NOTICE OF FILING

COME NOW Defendants, FRANK OWENS, in his official capacity as Sheriff of Columbia County, Florida, and GILBERT GALVAN, individually and in his official capacity as a former Columbia County Deputy Sheriff, through undersigned counsel, and hereby file the Joint Stipulation for Voluntary Dismissal executed by Plaintiffs, RAYMOND F. BENKOCZY, MICHAEL ALEX BENKOCZY, II, and MICHAEL ALEX BENKOCZY, III, and Barbara C. Fromm, counsel for Defendants Owens and Galvan.

Respectfully submitted this 30th day of June, 2004.

38

*[signature]*
BARBARA C. FROMM
Florida Bar No. 894273
JOHN W. JOLLY, JR.
Florida Bar No. 291961
JOLLY, PETERSON & CHERR, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
(850) 422-0282
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished to Michael Alex Benkoczy, II, Michael Alex Benkoczy, III, and Raymond F. Benkoczy, 3151 S.W. CR 18, Ft. White, Florida 32038, Leonard T. Hackett, Esq., Vernis & Bowling, 3740 St. Johns Bluff Rd. S., Suite 1, Jacksonville, Florida 32224 and D. Lloyd Monroe, IV, Esq., Coppins, Monroe, Adkins, Dincman & Spellman, P.A., Post Office Drawer 14447, Tallahassee, Florida 32317 by U.S. Mail this 30th day of June, 2004.

*[signature]*
BARBARA C. FROMM

2